**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

CHRISTOPHER PATRICK MCGOWAN,     :    No. 121 MM 2020

         Petitioner            :

            v.                  :

WARDEN KEVIN KAUFMANN,         :

         Respondent        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of August, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.